*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

## MINUTE SHEET

**UNITED STATES OF AMERICA**                    Date:        **June 25, 2026**

**vs.**                                                        Case No.: **26-03089-01-CR-S-MBB**

**NAYTHAN D. NADERMANN**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:   Initial Appearance – Indictment**
**Arraignment**
**Scheduling Conference**

**Time Commenced:  10:58 a.m.**                    **Time Terminated:  11:02 a.m.**

---

### APPEARANCES

**Plaintiff:      Cameron Beaver, AUSA**
**Defendant:   Melanie Jones, FPD**
**USPPTS:     Carrie Green**

---

**Proceedings:   Parties appear as indicated above.   Defendant appears in person.**

**Defendant advised of rights. Defendant's oral Motion for Appointment of Counsel is granted. Counsel will be appointed by subsequent order.**

**Government orally moves for detention.**

**Government announces that Defendant is appearing on a writ from state custody.   Government further asserts that, if Defendant's state custody status were to change, they would move for detention.   Court advises that, because Defendant is present on a writ, a detention hearing is not ripe at this time.   Court advises that if state custody status changes, then counsel can advise Court and a detention hearing will be set promptly.**

*Arraignment*:   **Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.**

*Scheduling Conference*:   **A scheduling order setting forth discovery deadlines will be entered by the Court.   Case placed on the next Joint Criminal Trial Docket.   Rule 5f Order entered.**

**Defendant in custody.**

---

**Courtroom Deputy/ERO:   Karla Berziel**